UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GUZMAN-RUIZ, RAUL | ) | |
|     A 95-405-083 | ) | |
| | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | NO.   FILED: MAY 22, 2008 |
| | ) |      08CV3001      TG |
| MICHAEL CHERTOFF, Secretary of the U.S. | ) |      JUDGE GETTLEMAN |
| Department of Homeland Security; RUTH A. | ) |      MAGISTRATE JUDGE COLE |
| DOROCHOFF, District Director, U.S. Citizenship | ) | |
| and Immigration Services; MICHAEL B. | ) | |
| MUKASEY, U.S. Attorney General; | ) | |
| | ) | |
|     Defendants. | ) | |

## COMPLAINT

**NOW COME** the Plaintiffs, Raul Guzman-Ruiz, by and through their attorney, Laureen Anderson of Horn, Khalaf, Abuzir, Mitchell & Schmidt, and complaining of the Defendants, Michael Chertoff, Secretary of the U.S. Department of Homeland Security, Ruth A. Dorochoff, District Director of the U.S. Citizenship and Immigration Services (USCIS), formerly known as the Immigration and Naturalization Service (INS), and Michael B. Mukasey, U.S. Attorney General, and states as follows:

1. Jurisdiction is based upon 8 U.S.C. 1329, 28 U.S.C. 1361 and 28 U.S.C. 1331(a). Furthermore, this action is in the nature of a Mandamus so as to invoke the jurisdiction of this Court to compel the Defendants to perform their mandatory administrative duty and for attorney's fees under 28 U.S.C. 2412 for the failure of the Defendants to perform their duties. Declaratory Judgment is sought pursuant to 28 U.S.C. 2201 and 28 U.S.C. 2202.

2. On March 1, 2003, the duties and responsibilities of the former INS were assumed by the newly formed USCIS, under the Department of Homeland Security.

3. The Defendant, Michael Chertoff is the Secretary of the U.S. Department of Homeland Security.  The Defendant, Ruth A. Dorochoff is the District Director of the USCIS.  The Defendant, Michael B. Mukasey is the U.S. Attorney General. They are being sued in their official capacity only.

4. This action is in the nature of Mandamus requiring the USCIS to make a decision on Form I-485, Application for Adjustment of Status to that of Lawful Permanent Resident.

5. On April 15, 2002, Plaintiff Raul Guzman-Ruiz filed his application for adjustment of status to that of lawful permanent residence, based upon an approved I-140. (See Exhibits 1 & 2).

6. On June 1, 2004 the Plaintiff appeared for a scheduled interview with Officer Tuazon. A Request for Evidence was issued for additional documents. (See Exhibit 3).

7. On June 29, 2004 the Plaintiff responded to the Request for Evidence. (See Exhibit 4- Receipt stamp on copy of RFE showing receipt on June 30, 2004).

8.  Plaintiffs have attempted, on numerous occasions to obtain the status of their case.

9. To date, no action has been taken by the Defendants to process the Plaintiffs' application for Adjustment of Status.

10. Plaintiffs request attorney fees under 28 U.S.C. 2412 for failure of the Defendants to properly perform their duties in adjudicating the Plaintiff's application.

**WHEREFOR**E, Plaintiff, Raul Guzman-Ruiz, prays as follows:

A. For an Order of Mandamus requiring the Defendants to act on the I-485 Adjustment Application.

B. For an Order declaring that the action of the Defendants in refusing to act on the Plaintiffs' application is arbitrary, capricious and an abuse of discretion.

C. For Attorney's fees as the Court deems necessary and proper to compensate the Plaintiffs for the wrongful refusal to act on the Plaintiffs' application for Adjustment of Status, the Relative Petition, and the Waiver.

D. For such other relief as the Court may deem fit.

Respectfully submitted,
Raul Guzman-Ruiz

BY: s/ Laureen Anderson                        
LAUREEN ANDERSON
Attorney for Plaintiff

LAUREEN ANDERSON
Horn, Khalaf, Abuzir, Mitchell & Schmidt
2 North LaSalle, Suite 630
Chicago, IL 60602
Telephone: (312) 281-5444
Fax: (312) 558-9075
E-mail: landerson@hkamlaw.com

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER LIN-01-234-52619 | | CASE TYPE I140 IMMIGRANT PETITION FOR ALIEN WORKER |
|---|---|---|
| RECEIPT DATE August 3, 2001 | PRIORITY DATE January 14, 1998 | PETITIONER CAFE BORGIA INC |
| NOTICE DATE December 27, 2001 | PAGE 1 of 1 | BENEFICIARY GUZMAN, RAUL R. |

Notice Type: Approval Notice
Section: Other Workers,
    Sec.203(b)(3)(A)(iii)

CAFE BORGIA INC
C/O C TAPIA RUANO MINSKY MCCORMICK
122 S MICHIGAN AVE APT 1800
CHICAGO IL 60603

Courtesy Copy. Original sent to: TAPIA RUANO, CARLINA

This courtesy notice is to advise you of action taken on this case. The official notice has been mailed to the attorney or representative indicated above. Any relevant documentation included in the notice was also mailed as part of the official notice.

The above petition has been approved. The petition indicates that the person for whom you are petitioning is in the United States and will apply for adjustment of status. The evidence indicates that he or she is not eligible to file an adjustment of status application. This determination is based on the information submitted with the petition and any relating files. If the person for whom you are petitioning believes that he or she is eligible for adjustment of status, then he or she should contact the local INS office for more information.

Because the person for whom you are petitioning is not eligible to adjust, we have sent the approved petition to the **Department of State National Visa Center (NVC), 32 Rochester Avenue, Portsmouth, NH 03801-2909.** The NVC processes all approved immigrant visa petitions that need consular action. It also determines which consular post is the appropriate consulate to complete visa processing. The NVC will then forward the approved petition to that consulate.

This completes all INS action on this petition. Should you have any questions about visa issuance, please contact the NVC directly. The telephone number to NVC is **(603)334-0700.** Please allow 90 days before contacting the National Visa Center regarding your petition.

The NVC will contact the person for whom you are petitioning concerning further immigrant visa processing steps.

This courtesy copy may not be used in lieu of official notification to demonstrate the filing or processing action taken on this case.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

08CV3001              TG
JUDGE GETTLEMAN
MAGISTRATE JUDGE COLE

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
Customer Service Telephone: 402-323-7830





EXHIBIT
2.

U.S. Department of Justice
Immigration and Naturalization Service
Case 1:08-cv-03001    Document 1-3    Filed 05/22/2008    Page 1 of 1

**Notice of Action**

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>LIN-02-150-53576 | | CASE TYPE  I485   APPLICATION TO ADJUST TO PERMANENT<br>RESIDENT STATUS |
|---|---|---|
| RECEIVED DATE<br>March 15, 2002 | PRIORITY DATE | APPLICANT   A95 405 083<br>GUZMAN RUIZ, RAUL |
| NOTICE DATE<br>April 3, 2002 | PAGE<br>1 of 1 | |

CARLINA TAPIA RUANO
MINSKY MCCORMICK & HALLAGAN PC
122 S MICHIGAN AVE STE 1800
CHICAGO IL 60603

Notice Type: Receipt Notice

Amount received: $ 1305.00
Section: Adjustment as direct
         beneficiary of immigrant
         petition

The above application or petition has been received. It usually takes 300 to 330 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number 402-323-7830 to obtain case status information directly from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call our TDD at 1-800-767-1833.

If you have access to the Internet, you can also visit the INS at www.ins.usdoj.gov. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

08CV3001              TG
JUDGE GETTLEMAN
MAGISTRATE JUDGE COLE

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
Customer Service Telephone: 402-323-7830



EXHIBIT
1.



JUDGE GETTLEMAN
MAGISTRATE JUDGE COLE

## U.S. DEPARTMENT OF HOMELAND SECURITY
U.S. Citizenship and Immigration Services

*230 South Dearborn Avenue*
*Chicago, IL 60604*

Raul Guzman-Ruiz
833 E. 160th Place
South Holland, IL 60473
Attny: Olga Rojas

June 01, 2004
**NUMBER:** A95 405 083

### REQUEST FOR EVIDENCE

The documentation submitted during the adjustment interview is not sufficient to warrant a favorable consideration of your petition/application. The following information is also required:

PLEASE SEE FOLLOWING SHEET

Your response must be received in this Office **within 30 days** of the date on this notice, your case is being held in this office pending your response. Within this period you may:

1. Submit all of the evidence requested;

2. Submit some or none of the evidence requested and ask for a decision based on the record; or

3. Withdraw the application or petition. (It is noted that if you request that the application or petition be withdrawn, the filing fee cannot be refunded).

You must submit all of the evidence at one time. Submission of only part of the evidence requested will be considered a request for a decision based upon the record (#2 Above). No extension of the period allowed to submit evidence will be granted. If the evidence submitted does not establish that your case was approvable at the time it was filed, it can be denied.

If you do not respond to this request with the time allowed, your case will be considered abandoned and denied due to lack of prosecution. Evidence received in this office after the due date may not be considered.

**PLACE THIS LETTER ON TOP OF YOUR RESPONSE. SUBMISSION OF EVIDENCE WITHOUT THIS LETTER WILL DELAY PROCESSING OF YOUR CASE AND MAY RESULT IN A DENIAL.**
**Please submit all documents to the attention of:** Customer Service
P.O. Box 3616
Chicago, IL 60690-3616
ATTN: OFFICER TUAZON
Sincerely,

Michael Comfort
District Director

**EXHIBIT**

3.

**Department of Homeland Security**
**U.S. Citizenship and Immigration Services**

PLEASE RETURN THIS LETTER WITH YOUR RESPONSE TO _____ ATTN: OFFICER TUAZON

**Name:** R. Guzman-Ruiz
**Alien Registration Number:** A95 405 083
**PLEASE COMPLY WITH THE BELOW CHECKED ⊠ INSTRUCTIONS**

☐ 1. Please complete the blocks on your enclosed application/petition/form, which are highlighted.

☐ 2. Furnish the required fee of $___1000___ for Form __485a__ .

☐ 3. A foreign document must be accompanied by a translation in English. The translator must certify that he/she is competent to translate and that the translation is accurate.

☐ 4. Furnish the date and port of each of your entries into the United States and the name of the ship, plane, or other vehicle on which you traveled or provide a sworn statement of how you entered the United States.

☐ 5. Furnish two (2) color photographs. These photos must have a white background, photos must be glossy, unretouched, and not mounted. Dimension of the facial image should be about 1 inch from the chin to top of hair or head, shown in 3/4 frontal view of right side of face with right ear visible.

☐ 6. Submit Affidavit of support (Form I-864) which needs to be notarized along with the last three years of tax returns, W2s and a job letter or a current paystub for ⊠Sponsor. and/or ☐Joint Sponsor. Failure to follow the directions and complete this form accurately may result in denial of your application.

☐ 7. You must provide a sworn statement for each and every arrest and for charges against you including the dates and places. You must provide certified court dispositions (not police reports) for each and every arrest and charge.

☐ 8. Your case is continued for your fingerprints to clear.

☐ 9. Your case is continued because you need to submit new fingerprints. (See attached fingerprint referral letter).

☐ 10. Submit medical examination (Form I-693) and immunization supplement form from an INS Certified Civil Surgeon. These documents must be in a sealed envelope from the doctor.

☐ 11. Please submit the following types of evidence to support the claimed relationship between the petitioner and the beneficiary:

    ☐ a. Birth Certificates of all children

    ☐ b. Official Marriage Certificate for

    ☐ c. Proof of termination of previous marriages, such as divorce decrees and death certificates.

    ☐ d. Copies of wedding photos and other photos of you and your spouse together during your entire relationship.

    ☐ e. Proof of any joint purchases or ownership, such as TV, furniture, car, house, etc.

    ☐ f. Proof of joint credit established since marriage, such as joint credit cards, loans, etc.

    ☐ g. Proofs of actual shared residence such as lease agreements, property deeds or mortgages, etc. If you have none of the above, provide a notarized affidavit from your current landlord.

    ☐ h. Proof of bank statements for checking and/or savings accounts and canceled checks throughout your marriage.

    ☐ i. Copies of Taxes and W2's for years 2003, 2002 and 2001.

    ☐ j. Proof of medical, life and auto insurance during your marriage.

    ☐ k. Proof of utility bills for a shared residence, such as telephone, electric, gas, etc. You should provide statements that cover the duration of your marriage.

**OTHER: Please provide IRS Form 1722 for Isabella Resources, Incorporated for the last 3 years. Provide Form I-864 to be completed and signed by Juan Carlos Guzman.**

*********_Please return this letter along with the requested evidence._ **********************************

08CV3001

JUDGE GETTLEMAN

MAGISTRATE JUDGE COLE

TG

**M I N S K Y, M c C O R M I C K  &  H A L L A G A N, P.C.**

ATTORNEYS AND COUNSELORS

Joseph Minsky (1925-1992)
Margaret H. McCormick
James Hallagan
Carlina Tapia-Ruano
Stephen J. Navarro
—
Sandra Valenzuela
Eileen Momblanco
Derek W. Strain
Jennifer R. Shapiro
Stephen W. Tarnoff
Olga Rojas

**VIA HAND DELIVEY**

June 29, 2004

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
<u>Customer Service</u>
P.O. Box 3616
Chicago, IL 60690-3616

*ATTN: Officer Tuazon*

Re:    Request for Evidence
       Application for Adjustment of Status
       Raul Guzman-Ruiz (095-405-083)

Dear Officer Tuazon:

This letter is submitted in support of the I-485 Application for Adjustment of Status on behalf of Raul Guzman-Ruiz. Per your requested enclosed please find the following document:

- **Notice of Entry of Appearance as Attorney or Representative, Form G-28, signed by Juan Carlos Guzman (Isabella Resources, Incorporated).**

- **Affidavit of Support, Form I-864 signed by Juan Carlos Guzman (Isabella Resources, Incorporated).**

- **A photocopy of both front and back of Juan Carlos Guzman "Alien Registration Card" (Isabella Resources, Incorporated).**

- **Copies of Juan Carlos Guzman's (Isabella Resources, Incorporated) U.S. Tax Returns for 2003, 2002 and 2001.**

- **Original (Isabella Resources, Incorporated) Letter 1722 for 12/31/2003, 12/31/2002 and 12/31/2001.**

- **Original Letter from Sue Taylor, President of Isabella Resources, Incorporated.** Document illustrates that according to the IRS Form 1722 does not exist; therefore Letter 1722 was issued instead.

**MMH**

122 S. Michigan Ave.
Suite 1800
Chicago, IL 60603
(312) 427-6163 phone
(312) 427-6513 fax
www.mmhpc.com

**EXHIBIT**

4.

# MINSKY, McCORMICK & HALLAGAN, P.C.

ATTORNEYS AND COUNSELORS

If further documentation is necessary, please advise me.  Thank you for your attention to this matter.

Sincerely,

Olga Rojas
Attorney at Law

OR/yv
Enclosures

U.S. Department of Justice
Immigration and Naturalization Service

**Notice of Entry of Appearance
as Attorney or Representative**

Appearances - An appearance may be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. Availability of Records - During the time a case is pending, and except as otherwise provided in 8 CFR 103.2(b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

| In re: | Petition for Alien Relative (Form I-130):<br>Juan Carlos Guzman (Isabella Resources, Incorporated)<br>Raul Guzman-Ruiz | Date: |
|---|---|---|
| | | File No.    95-405-083 |

I hereby enter my appearance as attorney for (or representative of), and at the request of the following named person(s):

Name:
**Juan Carlos Guzman (Isabella Resources, Incorporated)**        ☑ Petitioner        ☐ Applicant
☐ Beneficiary

| Address: (Apt. No.)          (Number & Street) | (City) | (State) | (Zip Code) |
|---|---|---|---|
| 17221 S. Oak Park Ave. | Tinley Park | IL | 60477 |

Name:
**Raul Guzman-Ruiz**        ☐ Petitioner        ☐ Applicant
☑ Beneficiary

| Address: (Apt. No.)          (Number & Street) | (City) | (State) | (Zip Code) |
|---|---|---|---|
| 833 East 110th Place | Lansing | IL | 60438 |

*Check Applicable Item(s) below:*

☑ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia

Illinois _____ Supreme Court _____ and am not under a court or administrative agency
Name of Court
order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☑ 3. I am associated with *Martina Tapia Buono*
the attorney of record previously filed a notice of appearance in this case and my appearance is at his request. (*If you check this item, also check item 1 or 2 whichever is appropriate.*)

☐ 4. Others (Explain Fully.)

| SIGNATURE *(signature: Olga Rojas)* | COMPLETE ADDRESS<br>**MINSKY, McCORMICK & HALLAGAN, P.C.**<br>122 S. Michigan Ave, Suite 1800<br>Chicago, IL 60603 |
|---|---|
| NAME (Type or Print)    Olga Rojas | TELEPHONE NUMBER<br>Voice: 312-427-6163          Fax: 312-427-6513 |

*PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:*

Olga Rojas

(Name of Attorney or Representative)

*THE ABOVE CONSENT TO DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:*

Petition for Alien Relative (Form I-130) and all related matters.

| Name of Person Consenting<br>Juna Carlos Guzman | Signature of Person Consenting | Date<br>6-23-04 |
|---|---|---|

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)

This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 Et.SEQ.

980066M

Form G-28 (09/26/00)Y

OMB No. 1115-0214

U.S. Department of Justice
Immigration and Naturalization Service

# Affidavit of Support Under Section 213A of the Act

**START HERE - Please Type or Print**

## Part 1.  Information on Sponsor   (You)

| Last Name  Guzman | First Name  Juan | Middle Name  Carlos |
|---|---|---|

| Mailing Address *(Street Number and Name)*  18338 Torrence | Apt/Suite Number  3C |
|---|---|

| City  Lansing | State or Province  IL |
|---|---|

| Country  U.S.A. | ZIP/Postal Code  60437 | Telephone Number  708-275-4513 |
|---|---|---|

| Place of Residence if different from above *(Street Number and Name)* | Apt/Suite Number | **FOR AGENCY USE ONLY** |
|---|---|---|

| City | State or Province | This Affidavit |  Receipt |
|---|---|---|---|

| Country | ZIP/Postal Code | Telephone Number |
|---|---|---|

[ ] Meets

[ ] Does not meet

Requirements of Section 213A

| Date of Birth *(Month, Day, Year)*  10/12/73 | Place of Birth *(City, State, Country)*  Silao, JTO. Mexico | Are you a U.S. Citizen?  [ ] Yes  [■] No |
|---|---|---|

| Social Security Number  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 | A-Number *(If any)*  077-383-580 |
|---|---|

## Part 2.  Basis for Filing Affidavit of Support

I am filing this affidavit of support because *(check one)*:

a. [ ]  I filed/am filing the alien relative petition.

b. [ ]  I filed/am filing an alien worker petition on behalf of the intending

immigrant, who is related to me as my _____
*(relationship)*

c. [■]  I have ownership interest of at least 5%     Isabella Resources, Inc.
*(name of entity which filed visa petition)*

which filed an alien worker petition on behalf of the intending

immigrant, who is related to me as my     Brother
*(relationship)*

d. [ ]  I am a joint sponsor willing to accept the legal obligations with any other sponsor(s).

Officer or I.J. Signature

Location

Date

## Part 3.  Information on the Immigrant(s) You Are Sponsoring

| Last Name  Guzman-Ruiz | First Name  Raul | Middle Name |
|---|---|---|

| Date of Birth *(Month, Day, Year)*  07/05/1975 | Sex  [■] Male  [ ] Female | Social Security Number *(If any)*  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 |
|---|---|---|

| Country of Citizenship  Mexico | A-Number *(If any)*  95-405-083 |
|---|---|

| Current Address  *(Street Number and Name)*  833 East 160th Place | Apt/Suite Number | City  South Holland |
|---|---|---|

| State/Province  IL | Country  U.S.A. | ZIP/Postal Code  60473 | Telephone Number  (708) 825-9536 |
|---|---|---|---|

List any spouse and/or children immigrating with the immigrant named above in this Part: *(Use additional sheet of paper if necessary.)*

| Name | Relationship to Sponsored Immigrant | | | Date of Birth | | | A-Number *(If any)* | Social Security *(If any)* |
|---|---|---|---|---|---|---|---|---|
| | Spouse | Son | Daughter | Mo. | Day | Yr. | | |
| None | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

980066M

Form I-864 (Rev. 11/05/01)Y

## Part 4.    Eligibility to Sponsor

To be a sponsor you must be a U.S. citizen or national or a lawful permanent resident. If you are not the petitioning relative, you must provide proof of status. To prove status, U.S. citizens or nationals must attach a copy of a document proving status, such as a U.S. passport, birth certificate, or certificate of naturalization, and lawful permanent residents must attach a copy of both sides of their Permanent Resident Card (Form I-551).

The determination of your eligibility to sponsor an immigrant will be based on an evaluation of your demonstrated ability to maintain an annual income at or above 125 percent of the Federal poverty line (100 percent if you are a petitioner sponsoring your spouse or child and you are on active duty in the U.S. Armed Forces). The assessment of your ability to maintain an adequate income will include your current employment, household size, and household income as shown on the Federal income tax returns for the 3 most recent tax years. Assets that are readily converted to cash and that can be made available for the support of sponsored immigrants if necessary, including any such assets of the immigrant(s) you are sponsoring, may also be considered.

The greatest weight in determining eligibility will be placed on current employment and household income. If a petitioner is unable to demonstrate ability to meet the stated income and asset requirements, a joint sponsor who *can* meet the income and asset requirements is needed. Failure to provide adequate evidence of income and/or assets or an affidavit of support completed by a joint sponsor will result in denial of the immigrant's application for an immigrant visa or adjustment to permanent resident status.

### A. Sponsor's Employment

I am:
1. ☐ Employed by _____ *(Provide evidence of employment)*
   Annual salary _____ or hourly wage $ _____ *(for _____ hours per week)*
2. ☒ Self employed  Isabella Resources, Incorporated _____ *(Name of business)*
   Nature of employment or business  Restaurant
3. ☐ Unemployed or retired since _____

### B. Sponsor's Household Size

| | Number |
|---|---|
| 1. Number of persons (related to you by birth, marriage, or adoption) living in your residence, including yourself *(Do NOT include persons being sponsored in this affidavit.)* | 1 |
| 2. Number of immigrants being sponsored in this affidavit *(Include all persons in Part 3.)* | 1 |
| 3. Number of immigrants **NOT** living in your household whom you are obligated to support under a previously signed Form I-864. | 0 |
| 4. Number of persons who are otherwise dependent on you, as claimed in your tax return for the most recent tax year. | 0 |
| 5. Total household size. *(Add lines 1 through 4.)*                                         **Total** | 2 |

List persons below who are included in lines 1 or 3 for whom you previously have submitted INS Form I-864, *if your support obligation has not terminated.*

*(If additional space is needed, use additional paper)*

| Name | A-Number | Date Affidavit of Support Signed | Relationship |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Part 4.**    **Eligibility to Sponsor**      *(Continued)*

## C. Sponsor's Annual Household Income

Enter total unadjusted income from your Federal income tax return for the most recent tax year below. If you last filed a joint income tax return but are using only your *own* income to qualify, list total earnings from your W-2 Forms, or, *if* necessary to reach the required income for your household size, include income from other sources listed on your tax return. If your *individual* income does not meet the income requirement for your household size, you may also list total income for anyone related to you by birth, marriage, or adoption currently living with you in your residence if they have lived in your residence for the previous 6 months, or any person shown as a dependent on your Federal income tax return for the most recent tax year, even if not living in the household. For their income to be considered, household members or dependents must be willing to make their income available for support of the sponsored immigrant(s) and to complete and sign Form I-864A, Contract Between Sponsor and Household Member. A sponsored immigrant/household member only need complete Form I-864A if his or her income will be used to determine your ability to support a spouse and/or children immigrating with him or her.

*You must attach evidence of current employment and copies of income tax returns as filed with the IRS for the most recent 3 tax years for yourself and all persons whose income is listed below. See "Required Evidence" in Instructions.* Income from all 3 years will be considered in determining your ability to support the immigrant(s) you are sponsoring.

☒ I filed a single/separate tax return for the most recent tax year.
☐ I filed a joint return for the most recent tax year which includes only my own income.
☐ I filed a joint return for the most recent tax year which includes income for my spouse and myself.
     ☐ I am submitting documentation of my individual income (Forms W-2 and 1099).
     ☐ I am qualifying using my spouse's income; my spouse is submitting a Form I-864A.

| | | |
|---|---|---|
| **Indicate most recent tax year** | **2003** | |
| | *(tax year)* | |
| Sponsor's individual income | $ | 36,522.00 |
| **or** | | |
| Sponsor and spouse's combined income *(If spouse's income is to be considered, spouse must submit Form I-864A.)* | $ | |
| Income of other qualifying persons. *(List names; include spouse if applicable. Each person must complete Form I-864A.)* | | |
| _____ | $ | |
| _____ | $ | |
| _____ | $ | |
| **Total Household Income** | $ | 36,522.00 |

Explain on separate sheet of paper if you or any of the above listed individuals were not required to file Federal income tax returns for the most recent 3 years, or if other explanation of income, employment, or evidence is necessary.

## D. Determination of Eligibility Based on Income

1.   ☒ I am subject to the 125 percent of poverty line requirement for sponsors.
     ☐ I am subject to the 100 percent of poverty line requirement for sponsors on active duty in the U.S. Armed Forces sponsoring their spouse or child.
2.   Sponsor's total household size, from Part 4.B., line 5       **2**
3.   Minimum income requirement from the Poverty Guidelines chart for the year of    **2004**   is $   **15,150**
     for this household size.        *(year)*

**If you are currently employed and your household income for your household size is equal to or greater than the applicable poverty line requirement (from line D.3.), you do not need to list assets (Parts 4.E. and 5) or have a joint sponsor (Part 6)** unless you are requested to do so by a Consular or Immigration Officer. You may skip to Part 7, Use of the Affidavit of Support to Overcome Public Charge Ground of Admissibility. **Otherwise, you should continue with Part 4.E.**

**Part 4.**    **Eligibility to Sponsor**    *(Continued)*

### E. Sponsor's Assets and Liabilities

Your assets and those of your qualifying household members and dependents may be used to demonstrate ability to maintain an income at or above 125 percent (or 100 percent, if applicable) of the poverty line if they are available for the support of the sponsored immigrant(s) and can readily be converted into cash within 1 year. The household member, other than the immigrant(s) you are sponsoring, must complete and sign Form I-864A, Contract Between Sponsor and Household Member. List the cash value of each asset *after* any debts or liens are subtracted. Supporting evidence must be attached to establish location, ownership, date of acquisition, and value of each asset listed, including any liens and liabilities related to each asset listed. See "Evidence of Assets" in Instructions.

| Type of Asset | Cash Value of Assets (Subtract any debts) |
|---|---|
| Savings deposits | $ |
| Stocks, bonds, certificates of deposit | $ |
| Life insurance cash value | $ |
| Real estate | $ |
| Other *(specify)* | $ |
| | $ |
| **Total Cash Value of Assets** | $            0.00 |

### Immigrant's Assets and Offsetting Liabilities

The sponsored immigrant's assets may also be used in support of your ability to maintain income at or above 125 percent of the poverty line if the assets are or will be available in the United States for the support of the sponsored immigrant(s) and can readily be converted into cash within 1 year.

The sponsored immigrant should provide information on his or her assets in a format similar to part 4.E. above. Supporting evidence must be attached to establish location, ownership, and value of each asset listed, including any liens and liabilities for each asset listed. See "Evidence of Assets" in Instructions.

### Part 6.    Joint Sponsors

If household income and assets do not meet the appropriate poverty line for your household size, a joint sponsor is required. There may be more than one joint sponsor, but each joint sponsor must individually meet the 125 percent of poverty line requirement based on his or her household income and/or assets, including any assets of the sponsored immigrant. By submitting a separate Affidavit of Support under Section 213A of the Act (Form I-864), a joint sponsor accepts joint responsibility with the petitioner for the sponsored immigrant(s) until they become U.S. citizens, can be credited with 40 quarters of work, leave the United States permanently, or die.

### Part 7.    Use of the Affidavit of Support to Overcome Public Charge Ground of Inadmissibility

Section 212(a)(4) of the Immigration and Nationality Act provides that an alien seeking permanent residence as an immediate relative (including an orphan), as a family-sponsored immigrant, or as an alien who will accompany or follow to join another alien is considered to be likely to become a public charge and is inadmissible to the United States unless a sponsor submits a legally enforceable affidavit of support on behalf of the alien. Section 212(a)(4)(D) imposes the same requirement on an employment-based immigrant, and those aliens who accompany or follow to join the employment- based immigrant, if the employment-based immigrant will be employed by a relative, or by a firm in which a relative owns a significant interest. Separate affidavits of support are required for family members at the time they immigrate if they are not included on this affidavit of support or do not apply for an immigrant visa or adjustment of status within 6 months of the date this affidavit of support is originally signed. The sponsor must provide the sponsored immigrant(s) whatever support is necessary to maintain them at an income that is at least 125 percent of the Federal poverty guidelines.

*I submit this affidavit of support in consideration of the sponsored immigrant(s) not being found inadmissible to the United States under section 212(a)(4)(C) (or 212(a)(4)(D) for an employment-based immigrant) and to enable the sponsored immigrant(s) to overcome this ground of inadmissibility. I agree to provide the sponsored immigrant(s) whatever support is necessary to maintain the sponsored immigrant(s) at an income that is at least 125 percent of the Federal poverty guidelines. I understand that my obligation will continue until my death or the sponsored immigrant(s) have become U.S. citizens, can be credited with 40 quarters of work, depart the United States permanently, or die.*

**Part 7.** Use of the Affidavit of Support to Overcome Public Charge Grounds *(Continued)*

*I acknowledge that section 213A(a)(1)(B) of the Act grants the sponsored immigrant(s) and any Federal, State, local, or private agency that pays any means-tested public benefit to or on behalf of the sponsored immigrant(s) standing to sue me for failing to meet my obligations under this affidavit of support. I agree to submit to the personal jurisdiction of any court of the United States or of any State, territory, or possession of the United States if the court has subject matter jurisdiction of a civil lawsuit to enforce this affidavit of support. I agree that no lawsuit to enforce this affidavit of support shall be barred by any statute of limitations that might otherwise apply, so long as the plaintiff initiates the civil lawsuit no later than ten (10) years after the date on which a sponsored immigrant last received any means-tested public benefits.*

## Collection of Judgment.

*I acknowledge that a plaintiff may seek specific performance of my support obligation. Furthermore, any money judgment against me based on this affidavit of support may be collected through the use of a judgment lien under 28 U.S.C. 3201, a writ of execution under 28 U.S.C 3203, a judicial installment payment order under 28 U.S.C 3204, garnishment under 28 U.S.C 3205, or through the use of any corresponding remedy under State law. I may also be held liable for costs of collection, including attorney fees.*

## Concluding Provisions.

I, ___Juan Carlos Guzman_____, *certify under penalty of perjury under the laws of the United States that:*

  *(a) I know the contents of this affidavit of support signed by me;*

  *(b) All the statements in this affidavit of support are true and correct,*

  *(c) I make this affidavit of support for the consideration stated in Part 7, freely, and without any mental reservation or purpose of evasion;*

  *(d) Income tax returns submitted in support of this affidavit are true copies of the returns filed with the Internal Revenue Service; and*

  *(e) Any other evidence submitted is true and correct.*

_____        6-23-04
(Sponsor's Signature)                              (Date)

Subscribed and sworn to (or affirmed) before me this

_23_ day of _June_____, _2004_
                (Month)            (Year)

at _Lansing  Illinois_____

My commission expires on ___4/12/08_____

_____
(Signature of Notary Public or Officer Administering Oath)

___Notary Public_____
(Title)

> ★★★★★★★★★★★★★★★★★★★★★★★★
> "OFFICIAL SEAL"
> BELEN H GUERRERO
> COMMISSION EXPIRES 04/12/08
> ★★★★★★★★★★★★★★★★★★★★★★★★

---

**Part 8.** If someone other than the sponsor prepared this affidavit of support, that person must complete the following:

I certify under penalty of perjury under the laws of the United States that I prepared this affidavit of support at the sponsor's request, and that this affidavit of support is based on all information of which I have knowledge.

| Signature | Print Your Name | Date | Daytime Telephone Number |
|---|---|---|---|
|  | Olga Rojas | 10/29/04 | 312-427-6163 |
| Firm Name and Address | MINSKY, McCORMICK & HALLAGAN, P.C. 122 S. Michigan Ave, Suite 1800, Chicago, IL, 60603 | | |

GUZJUA 03/11/2004 10:55 AM

| Form **1040** | **U.S. Individual Income Tax Return** | **2003** | (99) | IRS Use Only- Do not write or staple in this space. |
|---|---|---|---|---|

Department of the Treasury- Internal Revenue Service

For the year Jan. 1-Dec. 31, 2003, or other tax year beginning _____ , 2003, ending _____ , 20 ____        OMB No. 1545-0074

**Label** (See instructions on page 19.)

L A B E L    H E R E

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| Juan | Guzman | 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 |
| If a joint return, sp. first name & initial | Last name | Spouse's social security number |

Use the IRS label. Otherwise, please print or type.

Home address (number and street). If you have a P.O. box, see page 19. — **18338 Torrence Ave**    Apt. no.

⚠ **Important!** ⚠ You must enter your SSN(s) above.

City, town or post office, state, and ZIP code. If you have a foreign address, see page 19. — **Lansing    IL 60438**

**Presidential Election Campaign** (See page 19.)

Note. Checking "Yes" will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund?  ▶

|  | You | Spouse |
|---|---|---|
|  | Yes ☒ No | Yes ☐ No |

**Filing Status**

Check only one box.

1. ☒ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☐ Head of household (with qualifying person). (See page 20.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child. (See page 20.)

**Exemptions**

6a ☒ Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a.

b ☐ Spouse

c Dependents:

| (1) First name    Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) Ck. if qual. child for child tax credit (see pg. 21) |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

If more than five dependents, see page 21.

No. of boxes checked on 6a and 6b — **1**
No. of children on 6c who:
● lived with you
● did not live with you due to divorce or separation (see page 21)
Dependents on 6c not entered above
Add numbers on lines above ▶ — **1**

d Total number of exemptions claimed — **1**

**Income**

Attach Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see page 22.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 34,404 |
|---|---|---|---|
| 8a | Taxable interest. Attach Schedule B if required | 8a |  |
| b | Tax-exempt interest. Do not include on line 8a | 8b |  |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a |  |
| b | Qualified dividends (see page 23) | 9b |  |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 23) | 10 |  |
| 11 | Alimony received | 11 |  |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 |  |
| 13a | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13a |  |
| b | If box on 13a is checked, enter post-May 5 capital gain distributions | 13b |  |
| 14 | Other gains or (losses). Attach Form 4797 | 14 |  |
| 15a | IRA distributions    15a | b Taxable amount (see page 25) | 15b |  |
| 16a | Pensions and annuities    16a | b Taxable amount (see page 25) | 16b |  |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | 2,118 |
| 18 | Farm income or (loss). Attach Schedule F | 18 |  |
| 19 | Unemployment compensation | 19 |  |
| 20a | Social security benefits    20a | b Taxable amount (see page 27) | 20b |  |
| 21 | Other income. List type & amt. (see page 27) | 21 |  |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 22 | 36,522 |

**Adjusted Gross Income**

| 23 | Educator expenses (see page 29) | 23 |  |
|---|---|---|---|
| 24 | IRA deduction (see page 29) | 24 |  |
| 25 | Student loan interest deduction (see page 31) | 25 |  |
| 26 | Tuition and fees deduction (see page 32) | 26 |  |
| 27 | Moving expenses. Attach Form 3903 | 27 |  |
| 28 | One-half of self-employment tax. Attach Schedule SE | 28 |  |
| 29 | Self-employed health insurance deduction (see page 33) | 29 |  |
| 30 | Self-employed SEP, SIMPLE, and qualified plans | 30 |  |
| 31 | Penalty on early withdrawal of savings | 31 |  |
| 32a | Alimony paid    b Recipient's SSN ▶ | 32a |  |
| 33 | Add lines 23 through 32a | 33 |  |
| 34 | Subtract line 33 from line 22. This is your adjusted gross income ▶ | 34 | 36,522 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 77.    Form **1040** (200...)

Juan Guzman                                                    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

16  Write the amount of your tax from Page 1, Step 6, Line 15 here.                16      1,036

## Step 7: Payments and Credits

**Attach**
**W-2's (Attach to front)**

17  Write the total amount of Illinois Income Tax withheld from your pay
as shown on your W-2 forms, generally found in Box 17.                17      1,032

18  Write any estimated payments you made with Forms IL-1040-ES
and IL-505-I. Include any credit from your 2002 overpayment.          18

**Schedule CR**
**Other states' returns and required schedules**

19  If you paid income tax to another state while an Illinois resident, complete
Schedule CR and write the amount from Line 8 of that schedule here.   19

20  If you paid Illinois Property Tax, complete the PT Worksheet in instructions.
Write PT Worksheet Line 3 amount here.  ➤ 20a
Write PT Worksheet Line 8 amount here.  ─────────────────➤ 20b

**Receipt or Schedule ED**

21  If you paid education expenses, see instructions. Write Schedule ED or
ED Worksheet Line 1 amount here.  ➤ 21a
Write Schedule ED or ED Worksheet Line 10 amount here.  ➤ 21b

22  If you received a federal EIC, complete the EIC Worksheet in instructions.
Write EIC Worksheet Line 1 amount here.  ➤ 22a
Write your EIC credit amount from the EIC Worksheet here.  ─────➤ 22b
Check if you have a qualifying child (living with you) after 12/31/85.  ☐

**Schedule 1299-C**

23  If you completed Illinois Schedule 1299-C, write the amount from
Step 4, Line 51 here.                                                 23

24  Add Lines 17, 18, 19, 20b, 21b, 22b, and 23. This is the total of your payments and credits.   24      1,032

## Step 8: Overpayment or Tax Due

25  If Line 24 is greater than Line 16, subtract Line 16 from Line 24. This is your overpayment.   25

26  If Line 16 is greater than Line 24, subtract Line 24 from Line 16. This is your tax due.        26      4

## Step 9: Penalty

**Attach**

27  Write your late-payment penalty for underpayment of estimated tax
from Form IL-2210, Line 28.                                           27

**Form IL-2210**

a   Check if you annualized your income on Form IL-2210, Step 6,
or if you are 65 or older and permanently living in a nursing home.  ☐

b   Check if at least two-thirds of your federal gross income
is from farming.                                                     ☐

## Step 10: Donations  Any donation will reduce your refund or increase the amount you owe

28  Write the amount you wish to donate to one or more of the following voluntary contribution funds.

| | | | | | |
|---|---|---|---|---|---|
| Wildlife Preservation | a | | Breast Cancer Research | e | |
| Child Abuse Prevention | b | | Prostate Cancer Research | f | |
| Alzheimer's Research | c | | Multiple Sclerosis | g | |
| Homeless Assistance | d | | Military Family Relief | h | |

Lou Gehrig's Disease  i
WWII Veterans Memorial  j
Asthma & Lung Research  k
Leukemia Treatment  l

Add Lines a through l. This is your voluntary contributions total.   28      0

29  Add Line 27 and Line 28. This is your total penalty and donations.   29

## Step 11: Refund or Amount You Owe

30  If you have an overpayment on Line 25 and this amount is greater than
Line 29, subtract Line 29 from Line 25.                               30

31  Write the amount from Line 30 that you want applied to your
2004 estimated tax.                                                  31

32  Subtract Line 31 from Line 30. This is your refund.                 32

**Direct Deposit See Instructions**

33  Direct deposit your refund by completing the following information.
Routing number [          ]  ☐ Checking or  ☐ Savings
Account number [          ]

**Payment Options See Instructions**

34  If you have tax due on Line 26, add Lines 26 and 29.  **or**
If you have an overpayment on Line 25 and this amount is less than Line 29, subtract Line 25 from Line 29.
This is the amount you owe.                                           34      4

## Step 12: Sign and Date

Under penalties of perjury, I state that I have examined this return, and, to the best of my knowledge, it is true, correct, and complete.

| Your signature | Date | Daytime phone number | Your spouse's signature | Date |
|---|---|---|---|---|
| | 3/11/04 | 708-335-0900 | 36-3243739 | |

| Paid preparer's signature | Date | Preparer's phone number | Preparer's FEIN, SSN, or PTIN |
|---|---|---|---|
| | | | |

If no payment enclosed, mail to:  ILLINOIS DEPARTMENT OF REVENUE
SPRINGFIELD IL 62719-0001

If payment enclosed, mail to:  ILLINOIS DEPARTMENT OF REVENUE
SPRINGFIELD IL 62726-0001

DR _____  AP___  ME ____  ZZ ____  SE ____  WA ____  RR ____  RX ____  NS ____  DC ____  ID _____

This information is being furnished to the IRS. If you are required to file a return, a negligence penalty/other sanction may be imposed on you if this income is taxable & you fail to report it.

| Copy C For EMPLOYEE'S RECORD (See Notice to Employee.) | **2003** | OMB No. 1545-0008 |
|---|---|---|

| a Control number | 1 Wages, tips, other comp. 34404.45 | 2 Federal income tax withheld 5414.69 |
|---|---|---|
| 2 | 3 Social security wages 32910.45 | 4 Social security tax withheld 2133.08 |
| b Employer ID number 36-4394635 | 5 Medicare wages and tips 34404.45 | 6 Medicare tax withheld 498.86 |

c Employer's name, address, and ZIP code

ISABELLA RESOURCES, INC.
17211 S. OAK PARK AVE.

TINLEY PARK                          IL       60477

d Employee's social security number
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

e Employee's name, address, and ZIP code

JUAN GUZMAN
18338 TORRENCE AVENUE # 3C
LANSING                              IL       60438

| 7 Social security tips 1494.00 | 8 Allocated tips | 9 Advance EIC payment |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a Code |
| 13 Statutory employee | 14 Other | 12b Code |
| Retirement plan | | 12c Code |
| Third-party sick pay | | 12d Code |

| 15 State | Emplr.'s state I.D. # | 16 State wages, tips, etc. | 17 State income tax |
|---|---|---|---|
| IL | 364394635 | 34404.45 | 1032.08 |
| 18 Local wages, tips, etc. 34404.45 | 19 Local income tax | 20 Locality name ??? | |

Form W-2 Wage and Tax Statement                          Dept. of the Treasury — IRS
DAA

# 1040    U.S. Individual Income Tax Return    2002

Department of the Treasury - Internal Revenue Service

(99)    IRS Use Only - Do not write or staple in this space.

OMB No. 1545-0074

For the year Jan. 1-Dec. 31, 2002, or other tax year beginning _____, ending _____

| Label | Your first name | M.I. | Last name | Suffix | Your social security no. |
|---|---|---|---|---|---|
| (See instructions on page 21.) | Juan Carlos | | Guzman | | 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 |
| | If a joint return, spouse's first name | M.I. | Last name | Suffix | Spouse's social security no. |

**Use the IRS label. Otherwise, please print or type.**

Home address (number and street). If you have a P. O. box, see page 21. | Apt. no.
18338 Torrence Avenue

City, town or post office | State | ZIP code
Lansing | IL | 60438

**IMPORTANT!** You MUST enter your SSN(s) above.

**Presidential Election Campaign**

NOTE. Checking "Yes" will not change your tax or reduce your refund.

Do you, or your spouse if filing a joint return, want $3 to go to this fund? ▶ | You: Yes [X] No | Spouse: Yes [ ] No

## Filing Status

1 [X] Single
2 [ ] Married filing jointly (even if only one had income)
3 [ ] Married filing separately. Enter spouse's SSN above and full name here. ▶

Check only one box.

First name: _____   Last name: _____

4 [ ] Head of household (with qualifying person). (See page 21.) If the qualifying person is a child but not your dependent, enter this child's name here.
Name: _____   SSN: _____

5 [ ] Qualifying widow(er) with dependent child (year spouse died ▶ _____ ). (See page 21.)

## Exemptions

6a [X] Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, DO NOT check box 6a.
b [ ] Spouse.

| c Dependents: | | | | |
|---|---|---|---|---|
| (1) First name    Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit | |
| | | | [ ] | |
| | | | [ ] | |
| | | | [ ] | |
| | | | [ ] | |
| | | | [ ] | |

If more than five dependents, see page 22.

No. of boxes checked on 6a and 6b: **1**
No. of children on 6c who:
• lived with you
• did not live with you due to divorce or separation
Dependents on 6c not entered above
Add numbers on lines above ▶ **1**

d Total number of exemptions claimed . . . . . . . . . .

## Income

**Attach Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.**

**If you did not get a W-2, see page 23.**

**Enclose, but do not attach, any payment. Also, please use Form 1040-V.**

| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 35,307 |
|---|---|---|---|
| 8a | TAXABLE interest. Attach Schedule B if required | 8a | |
| b | TAX-EXEMPT interest. DO NOT include on line 8a | 8b | |
| 9 | Ordinary dividends. Attach Schedule B if required | 9 | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 24) | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | |
| 13 | Capital gain or (loss). Attach Sch. D if required. If not required, check here ▶ [ ] | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions 15a | b Taxable amount | 15b | |
| 16a | Pensions and annuities 16a | b Taxable amount | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | 988 |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits 20a | b Taxable amount | 20b | |
| 21 | Other income. List type and amount (see page 29) See attached worksheet $ _____ | 21 | -988 |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your TOTAL INCOME ▶ | 22 | 35,307 |

## Adjusted Gross Income

| 23 | Educator expenses (see page 29) | 23 | |
|---|---|---|---|
| 24 | IRA deduction (see page 29) | 24 | |
| 25 | Student loan interest deduction (see page 31) | 25 | |
| 26 | Tuition and fees deduction (see page 32) | 26 | |
| 27 | Archer MSA deduction. Attach Form 8853 | 27 | |
| 28 | Moving expenses. Attach Form 3903 | 28 | |
| 29 | One-half of self-employment tax. Attach Schedule SE | 29 | |
| 30 | Self-employed health insurance deduction (see page 33) | 30 | 877 |
| 31 | Self-employed SEP, SIMPLE, and qualified plans | 31 | |
| 32 | Penalty on early withdrawal of savings | 32 | |
| 33a | Alimony paid    b Recipient's SSN ▶ _____ | 33a | |
| 34 | Add lines 23 through 33a | 34 | 877 |
| 35 | Subtract line 34 from line 22. This is your ADJUSTED GROSS INCOME ▶ | 35 | 34,430 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 76.    (HTA)    Form **1040** (2002)

Juan Carlos Guzman                                    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

## Step 6: Figure your tax

**15** RESIDENTS: Write your net income from Line 13.                    15    5,809

**16** RESIDENTS: Multiply Line 15 by 3% (.03). Write the result on Line 16. This is your TAX.
NONRESIDENTS AND PART-YEAR RESIDENTS: Write the tax from Schedule NR, Step 5, Line 51.    16    174

## Step 7: Figure your payments and credits

| Attach | | |
|---|---|---|

**17** Write the total amount of Illinois Income Tax that was withheld from
your pay as shown on your W-2 forms, generally found in Box 17.        17    578

*W-2's (Attach to front)*

**18** Write any estimated payments you made with Forms IL-1040-ES
and IL-505-I. Include any credit from your 2000 overpayment.          18

*Schedule CR Other states' returns and required schedules*

**19** If you paid income tax to another state, complete Illinois Schedule CR
and write the amount from Line 8 of that schedule here.               19

**20** If you paid Illinois Property Tax, complete the PT Worksheet in instructions.
➡ Write PT Worksheet Line 3 amount here.   ➡ 20a
➡ Write PT Worksheet Line 8 amount here.                          ➡ 20b

*Receipt or Schedule ED*

**21** If you paid education expenses, see instructions. Write Schedule ED or
ED Worksheet Line 1 amount here.     ➡ 21a
➡ Write Schedule ED or ED Worksheet Line 10 amount here.          ➡ 21b

**22** If you received a federal EIC, complete the EIC Worksheet in instructions.
➡ Write EIC Worksheet Line 1 amount here.   ➡ 22a
➡ Write EIC Worksheet Lines 9 or 12 amount here.                 ➡ 22b

*Schedule 1299-C*

**23** If you completed Illinois Schedule 1299-C, write the amount from
Section II, Part IX, Line 49.                                        23

**24** Add Lines 17, 18, 19, 20b, 21b, 22b, and 23. This is your total payments and credits.    24    578

## Step 8: Figure your overpayment or your tax due

**25** If Line 24 is greater than Line 16, subtract Line 16 from Line 24. This is your OVERPAYMENT.    25    402

**26** If Line 16 is greater than Line 24, subtract Line 24 from Line 16. This is your TAX DUE.    26

## Step 9: Figure your penalty

| Attach | | |
|---|---|---|

**27** Write your late-payment penalty for underpayment of estimated tax
from Form IL-2210, Line 28.                                         27

*Form IL-2210*

Check the box if you annualized your income on Form IL-2210, Step 6,
or if you are 65 or older and permanently living in a nursing home.    ☐

## Step 10: Figure your donations  *Any donation will reduce your refund or increase the amount you owe.*

**28** Write the amount you wish to donate to one or more of the following voluntary contribution funds.

| | | | | |
|---|---|---|---|---|
| Wildlife Preservation | a | | Breast Cancer Research | e |
| Child Abuse Prevention | b | | Prostate Cancer Research | f |
| Alzheimer's Research | c | | World War II Memorial | g |
| Homeless Assistance | d | | Korean War Fund | h |

Add Lines a through h. This is your total voluntary contributions.    28

**29** Add Line 27 and Line 28. This is your total penalty and donations.    29

## Step 11: Figure your refund or the amount you owe

**30** If you have an overpayment on Line 25 and this amount is greater than
Line 29, subtract Line 29 from Line 25.                              30    402

**31** WRITE THE AMOUNT FROM LINE 30 THAT YOU WANT APPLIED TO
YOUR 2002 ESTIMATED TAX.                                            31

**32** Subtract Line 31 from Line 30. This is your REFUND.                32    402

*Direct Deposit See instructions*

**33** Direct deposit your refund by completing the following information.
Routing number [ ]  Type of account ☐ Checking  ☐ Savings
Account number [ ]

*Payment Options See instructions*

**34** If you have tax due on Line 26, add Lines 26 and 29. OR
If you have an overpayment on Line 25 and this amount is less than Line 29,
subtract Line 25 from Line 29. This is the AMOUNT YOU OWE.          34

## Step 12: Sign and date your return

Under penalties of perjury, I state that I have examined this return and, to the best of my knowledge, it is true, correct, and complete.

_____  8/14/02   708-273-4513
Your signature          Date      Daytime phone number

_____  8/14/02   _____   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
Paid preparer's signature  Date   Preparer's phone number   Preparer's FEIN, SSN, or PTIN   Your spouse's signature   Date

If you use a preparer and want a
booklet next year, check the box.    ☐

If no payment is enclosed, mail to:
**ILLINOIS DEPARTMENT OF REVENUE**
**SPRINGFIELD IL 62719-0001**

If payment enclosed, mail to:
**ILLINOIS DEPARTMENT OF REVENUE**
**SPRINGFIELD IL 62726-0001**

IL-1040 back (R-12/01)
ID:3045

AP_____  DR_____     ME____  ZZ____  SE____  WA____  RX____  NS____  DC____  ID_____

| a Control number | 22222 | OMB No. 1545-0008 | | |
|---|---|---|---|---|
| b Employer identification number  36-4394635 | | | 1 Wages, tips, other compensation  35306.90 | 2 Federal income tax withheld  5283.00 |
| c Employer's name, address, and ZIP code  ISABELLA RESOURCES, INCORPORATE  17211 S. OAK PARK AVENUE  TINLRY PARK, IL 60477 | | | 3 Social security wages  34999.90 | 4 Social security tax withheld  2189.03 |
| | | | 5 Medicare wages and tips  35306.90 | 6 Medicare tax withheld  511.95 |
| | | | 7 Social security tips  307.00 | 8 Allocated tips |
| d Employee's social security number  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 | | | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's first name and initial     Last name  JAUN C          GUZMAN  18338 TORRENCE AVE., #3C  LANSING, IL 60438 | | | 11 Nonqualified plans | 12a |
| | | | 13 Statutory employee  Retirement plan  Third-party sick pay | 12b |
| | | | 14 Other | 12c |
| | | | | 12d |

| 1 Employee's address and ZIP code | | | | | |
|---|---|---|---|---|---|
| 15 State  Employer's state ID number  IL  3163-6527 | 16 State wages, tips, etc.  35306.90 | 17 State income tax  1059.09 | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |

Form **W-2** Wage and Tax Statement

**2002**

Copy 1 For State, City, or Local Tax Department

(Rev. February 2002)

Department of the Treasury—Internal Revenue Service

Department of the Treasury - Internal Revenue Service

# 1040    U.S. Individual Income Tax Return 2001

(99)    IRS Use Only - Do not write or staple in this space.

OMB No. 1545-0074

| Label | For the year Jan. 1-Dec. 31, 2001, or other tax year beginning | | , ending | | |
|---|---|---|---|---|---|

**Label** (See instructions on page 19.) Use the IRS label. Otherwise, please print or type.

| Your first name | M.I. | Last name | Suffix | Your social security no. |
|---|---|---|---|---|
| Juan Carlos | | Guzman | | 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 |

| If a joint return, spouse's first name | M.I. | Last name | Suffix | Spouse's social security no. |
|---|---|---|---|---|
| | | | | |

Home address (number and street). If you have a P. O. box, see page 19.    Apt. no.
18338 Torrence Avenue

City, town or post office    State    ZIP code
Lansing    IL    60438

**⚠ IMPORTANT! ⚠**
You MUST enter
your SSN(s) above.

**Presidential Election Campaign**  ▶  NOTE. Checking "Yes" will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund? ▶

| | You | | Spouse | |
|---|---|---|---|---|
| | ☐ Yes | ☒ No | ☐ Yes | ☐ No |

## Filing Status
Check only one box.

1  ☒  Single
2  ☐  Married filing joint return (even if only one had income)
3  ☐  Married filing separate return. Enter spouse's SSN above and full name here. ▶  First name: ___ Last name: ___
4  ☐  Head of household (with qualifying person). (See page 19.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5  ☐  Qualifying widow(er) with dependent child (year spouse died ▶___ ). (See page 19.)

## Exemptions

6a ☒ Yourself.  If your parent (or someone else) can claim you as a dependent on his or her tax return, DO NOT check box 6a. . . . . . .

| No. of boxes checked on 6a and 6b | 1 |
|---|---|

b ☐ Spouse.

| No. of your children on 6c who: | |
|---|---|

c  Dependents:

| (1) First name    Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qual- ifying child for child tax credit |
|---|---|---|---|
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

If more than six dependents, see page 20.

• lived with you
• did not live with you due to divorce or separation
Dependents on 6c not entered above
Add numbers entered on lines above ▶

| | 1 |
|---|---|

d  Total number of exemptions claimed . . . . . . . . . . ▶

## Income

Attach Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see page 21.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | | | |
|---|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 . . . . . . . . . | 7 | | 19,176 |
| 8a | TAXABLE interest. Attach Schedule B if required . . . . . . | 8a | | |
| b | TAX-EXEMPT interest. DO NOT include on line 8a . . . . | 8b | | |
| 9 | Ordinary dividends. Attach Schedule B if required . . . . . . | 9 | | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 22) . . . | 10 | | |
| 11 | Alimony received . . . . . . . . . . . . . . . . . . . | 11 | | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ . . . . . | 12 | | |
| 13 | Capital gain or (loss). Attach Sch. D if required. If not required, check here ▶ ☐ | 13 | | |
| 14 | Other gains or (losses). Attach Form 4797 . . . . . . . . | 14 | | |
| 15a | Total IRA distributions . . . | 15a | | b Taxable amount | 15b | | |
| 16a | Total pensions and annuities | 16a | | b Taxable amount | 16b | | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E . . . . | 17 | | -11,367 |
| 18 | Farm income or (loss). Attach Schedule F . . . . . . . . . | 18 | | |
| 19 | Unemployment compensation . . . . . . . . . . . . . | 19 | | |
| 20a | Social security benefits . . | 20a | | b Taxable amount | 20b | | |
| 21 | Other income. List type and amount (see page 27) _____ $ | 21 | | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your TOTAL INCOME ▶ | 22 | | 7,809 |

## Adjusted Gross Income

| | | | |
|---|---|---|---|
| 23 | IRA deduction (see page 27) . . . . . . . . | 23 | |
| 24 | Student loan interest deduction (see page 28) . . | 24 | |
| 25 | Archer MSA deduction. Attach Form 8853 . . . | 25 | |
| 26 | Moving expenses. Attach Form 3903 . . . . . | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE . . | 27 | |
| 28 | Self-employed health insurance deduction (see page 30) . . | 28 | |
| 29 | Self-employed SEP, SIMPLE, and qualified plans . . . . | 29 | |
| 30 | Penalty on early withdrawal of savings . . . . . . | 30 | |
| 31a | Alimony paid  b Recipient's SSN ▶ _____ | 31a | |
| 32 | Add lines 23 through 31a . . . . . . . . . . . . . . | 32 | |
| 33 | Subtract line 32 from line 22. This is your ADJUSTED GROSS INCOME . . . ▶ | 33 | 7,809 |

Form 1040 (2001)  Juan Carlos Guzman    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    Page 2

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 34 | Amount from line 33 (adjusted gross income) | 34 | 7,809 |
| | 35a | Check if: ☐ YOU were 65 or older, ☐ Blind; ☐ SPOUSE was 65 or older, ☐ Blind. | | |
| **Standard Deduction for—** | | Add the number of boxes checked above and enter the total here ▶ 35a | | |
| | b | If you are married filing separately and your spouse itemizes deductions, or you were a dual-status alien, see page 31 and check here ▶ 35b ☐ | | |
| • People who checked any box on line 35a or 35b OR who can be claimed as a dependent, see page 31. | 36 | ITEMIZED DEDUCTIONS (from Schedule A) OR your STANDARD DEDUCTION (see left margin) | 36 | 4,550 |
| | 37 | Subtract line 36 from line 34 | 37 | 3,259 |
| | 38 | If line 34 is $99,725 or less, multiply $2,900 by the total number of exemptions claimed on line 6d. If line 34 is over $99,725, see the worksheet on page 32 | 38 | 2,900 |
| • All others: Single, $4,550 | 39 | TAXABLE INCOME. Subtract line 38 from line 37. If line 38 is more than line 37, enter -0- | 39 | 359 |
| Head of household, $6,650 | 40 | TAX (see pg 33). Check if any tax is from a ☐ Form(s) 8814 b ☐ Form 4972 | 40 | 54 |
| Married filing jointly or Qualifying widow(er), $7,600 | 41 | ALTERNATIVE MINIMUM TAX (see page 34). Attach Form 6251 | 41 | |
| | 42 | Add lines 40 and 41 ▶ | 42 | 54 |
| | 43 | Foreign tax credit. Attach Form 1116 if required | 43 | |
| | 44 | Credit for child and dependent care expenses. Attach Form 2441 | 44 | |
| Married filing separately, $3,800 | 45 | Credit for the elderly or the disabled. Attach Schedule R | 45 | |
| | 46 | Education credits. Attach Form 8863 | 46 | |
| | 47 | Rate reduction credit. See the worksheet on page 36 | 47 | |
| | 48 | Child tax credit (see page 37) | 48 | |
| | 49 | Adoption credit. Attach Form 8839 | 49 | |
| | 50 | Other credits from: a ☒ Form 3800 b ☐ Form 8396 c ☐ Form 8801 d ☐ Form (specify) | 50 | 54 |
| | 51 | Add lines 43 through 50. These are your TOTAL CREDITS | 51 | 54 |
| | 52 | Subtract line 51 from line 42. If line 51 is more than line 42, enter -0- ▶ | 52 | |
| **Other Taxes** | 53 | Self-employment tax. Attach Schedule SE | 53 | |
| | 54 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 54 | |
| | 55 | Tax on qualified plans, including IRAs, and other tax-favored accounts. Attach Form 5329 if required | 55 | |
| | 56 | Advance earned income credit payments from Form(s) W-2 | 56 | |
| | 57 | Household employment taxes. Attach Schedule H | 57 | |
| | 58 | Add lines 52 through 57. This is your TOTAL TAX ▶ | 58 | |
| **Payments** | 59 | Federal income tax withheld from Forms W-2 and 1099 ... 59 | | 2,977 |
| If you have a qualifying child, attach Schedule EIC. | 60 | 2001 estimated tax payments and amount applied from 2000 return ... 60 | | |
| | 61a | Earned income credit (EIC) ... 61a | | |
| | b | Nontaxable earned income ... 61b | | |
| | 62 | Excess social security and RRTA tax withheld (see page 51) ... 62 | | |
| | 63 | Additional child tax credit. Attach Form 8812 ... 63 | | |
| | 64 | Amount paid with request for extension to file (see page 51) ... 64 | | |
| | 65 | Other payments. Check if from a ☐ Form 2439 b ☐ Form 4136 ... 65 | | |
| | 66 | Add lines 59, 60, 61a, and 62 through 65. These are your TOTAL PAYMENTS ▶ | 66 | 2,977 |
| **Refund** | 67 | If line 66 is more than line 58, subtract line 58 from line 66. This is the amount you OVERPAID | 67 | 2,977 |
| | 68a | Amount of line 67 you want REFUNDED TO YOU ▶ | 68a | 2,977 |
| Direct deposit? See page 51 and fill in 68b, 68c, and 68d. | ▶ b | Routing number ____ ▶ c Type: ☐ Checking ☐ Savings | | |
| | ▶ d | Account number | | |
| | 69 | Amount of line 67 you want APPLIED TO YOUR 2002 ESTIMATED TAX ▶ 69 | | |
| **Amount You Owe** | 70 | AMOUNT YOU OWE. Subtract line 66 from line 58. For details on how to pay, see page 52 ▶ | 70 | |
| | 71 | Estimated tax penalty. Also include on line 70 ... 71 | | |
| **Third Party Designee** | | Do you want to allow another person to discuss this return with the IRS (see page 53)? ☐ YES. Complete the following. ☐ NO | | |
| | | Designee's name ▶    Phone no. ▶    Personal identification number (PIN) ▶ | | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| | | | |
|---|---|---|---|
| Your signature *[signature]* | Date 08-14-02 | Your occupation CHEF/BUSINESS OWNER | Daytime phone no. 708 275, 4573 |
| Joint return? See page 19. Keep a copy for your records. | Spouse's signature. If a joint return, BOTH must sign. | Date | Spouse's occupation | Home phone no. |

**Paid Preparer's Use Only**

| | | | |
|---|---|---|---|
| Preparer's signature *[signature]* | Date 8/11/2002 | Check if self-employed ☒ | Preparer's SSN or PTIN 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 |
| Firm's name (or yours if self-employed), address, and ZIP code | Janice H. Bodak, CPA  9279 Schilton Dr.  St. John    State IN | EIN    Phone no.    ZIP code 46373 | |

Form 1040 (2001)

| a Control number | | | | Safe, accurate, FASTI Use | IRS e-file | Visit the IRS Web Site at www.irs.gov. |
|---|---|---|---|---|---|---|

| | | OMB No. 1545-0008 | 1 Wages, tips, other compensation 5950.00 | 2 Federal income tax withheld 734.00 |
|---|---|---|---|---|

**b** Employer identification number
36-3480235

| 3 Social security wages 5950.00 | 4 Social security tax withheld 368.90 |
|---|---|

**c** Employer's name, address, and ZIP code

CAFE BORGIA, INC.
17923 TORRENCE AVENUE
LANSING, IL 60438

| 5 Medicare wages and tips 5950.00 | 6 Medicare tax withheld 86.28 |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment | 10 Dependent care benefits |

**d** Employee's social security number
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

**e** Employee's first name and initial    Last name

JUAN CARLOS    GUZMAN
18338 TORRENCE AVENUE
LANSING, IL 60438

| 11 Nonqualified plans | 12a See instructions for box 12 |
|---|---|
| 13 Statutory employee / Retirement plan / Third-party sick pay | 12b |
| 14 Other | 12c |
| | 12d |

**f** Employee's address and ZIP code

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| IL | 1936-7872 | 5950.00 | 178.50 | | | |

Form **W-2** Wage and Tax Statement    2001    Department of the Treasury—Internal Revenue Servi

Copy B To Be Filed with Employee's FEDERAL Tax Return.
This information is being furnished to the Internal Revenue Service.

---

| a Control number | | | | Safe, accurate, FASTI Use | IRS e-file | Visit the IRS Web Site at www.irs.gov. |
|---|---|---|---|---|---|---|

| | | OMB No. 1545-0008 | 1 Wages, tips, other compensation 13225.72 | 2 Federal income tax withheld 2213.00 |
|---|---|---|---|---|

**b** Employer identification number
36-4394635

| 3 Social security wages 12115.35 | 4 Social security tax withheld 819.99 |
|---|---|

**c** Employer's name, address, and ZIP code

ISABELLA RESOURCES, INCORPORATE
17211 S. OAK PARK AVENUE
TINLRY PARK, IL 60477

| 5 Medicare wages and tips 13225.72 | 6 Medicare tax withheld 191.77 |
|---|---|
| 7 Social security tips | 8 Allocated tips |
| 9 Advance EIC payment 1110.27 | 10 Dependent care benefits |

**d** Employee's social security number
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

**e** Employee's first name and initial    Last name

JAUN C    GUZMAN
18338 TORRENCE AVE., #3C
LANSING, IL 60438

| 11 Nonqualified plans | 12a See instructions for box 12 |
|---|---|
| 13 Statutory employee / Retirement plan / Third-party sick pay | 12b |
| 14 Other | 12c |
| | 12d |

**f** Employee's address and ZIP code

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| IL | | 13225.72 | 396.75 | | | |

Form **W-2** Wage and Tax Statement    2001    Department of the Treasury—Internal Revenue Servi

Copy B To Be Filed with Employee's FEDERAL Tax Return.
This information is being furnished to the Internal Revenue Service.

**IRS** Department of the Treasury
Internal Revenue Service

CINCINNATI  OH  45999-0038

ISABELLA RESOURCES INCORPORATED
% SUE TAYLOR
17211 S OAK PARK AVE
TINLEY PARK   IL  60477-3401116

CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT,
EVEN IF YOU ALSO HAVE AN INQUIRY.

---

The IRS address must appear in the window.
                                0441404575

    BODCD-SB

Use for payments

Letter Number:    LTR1722C
Letter Date   :   2004-06-23
Tax Period   :    200112



*364394635*

ISABELLA RESOURCES INCORPORATED
% SUE TAYLOR
17211 S OAK PARK AVE
TINLEY PARK   IL  60477-3401116

INTERNAL REVENUE SERVICE
CINCINNATI  OH  45999-0038

CINCINNATI   OH   45999-0038

In reply refer to:   0441404575
June 23, 2004  LTR 1722C
36-4394635   200112 02 000
Input Op:  0441404575   12969
BODC: SB

ISABELLA RESOURCES INCORPORATED
% SUE TAYLOR
17211 S OAK PARK AVE
TINLEY PARK   IL   60477-3401116

```
Employer Identification Number:   36-4394635
        Person to Contact:   Joan Taylor
        Telephone Number:   801-620-5353
        Name of Taxpayer:   Isabella Resources Incorporate
```

Dear Taxpayer:

In reply to your inquiry of June 14, 2004, our records show the
following:
Return Filed:
Form 1120S

Method of Accounting:

Accounting Period:

| Tax Period Ending: | | Dec. 31, 2001 | Dec. 31, 2002 | Dec. 31, 2003 |
|---|---|---|---|---|
| Net Sales/Receipts | $ | 213,307.00 | 509,178.00 | 496,545.00 |
| Cost of Goods Sold | $ | 117,095.00 | 185,645.00 | 206,242.00 |
| Salaries and Wages | $ | 9,022.00 | 14,823.00 | 58,473.00 |
| Depreciation | $ | 9,583.00 | 18,670.00 | 16,333.00 |
| Interest (Deduction) | $ | 26,154.00 | 38,497.00 | 16,624.00 |
| Taxable/Ordinary Income | $ | .00 | 26,016.00 | 34,147.00 |

If you have any questions concerning this matter, please call or
write our office.  Use the telephone number or address shown above.

```
                                                      0441404575
                              June 23, 2004  LTR 1722C
                              36-4394635   200112 02 000
                              Input Op:  0441404575    12970
```

ISABELLA RESOURCES INCORPORATED
% SUE TAYLOR
17211 S OAK PARK AVE
TINLEY PARK  IL  60477-3401116


Whenever you write to us, please enclose a copy of this letter and
include your daytime telephone number and the best time for us to
call you.

Your telephone number (____)_____ Hours _____

                              Sincerely yours,



                              *Rita Sandoval*

                              Rita Sandoval
                              Accounts Management II





June 23, 2004

Officer Tuazon
District Director Michael Comfort
Department of Homeland Security
U.S. Citizenship and Immigration Services
10 W. Jackson Blvd.
Chicago, IL 60604

Re:    A095 405 083 – Guzman-Ruiz, Raul

Dear Officer Tuazon and District Director Michael Comfort:

Please be advised that persuant to your requirement, I contacted the Internal Revenue Service on June 14, 2004 to request Form 1722 for Isabella Resources, Inc.  I spoke with IRS Customer Service representative, Ms. Joanie Taylor, #2914292, who told me that although there is not a "Form" 1722, there is a "Letter" 1722.  She also said she would complete the forms and send me the transcripts of our account (Letter 1722).  She told me that it might take 10 business days.

As of today, June 23, 2004, since I have not yet received Ms. Taylor's correspondance, I again called the IRS.  I spoke with IRS Customer Service representative, Ms. Butts, #1707256, who informed me that her records indicate that a transcript was ordered and sent to us on June 14. She suggested that I should be getting the transcripts in the next few days.  As soon as I receive these forms, I will forward them to you for Raul's file.

Please let me know if there is anything else I can do to assist in facilitating this process.  And thank you for helping Raul with this most important matter.

Sincerely,

Sue Taylor, President
Isabella Café and Catering
312.213.0838 (cell)
708.444.8555 (restaurant)

**32 Rochester Avenue**
**Portsmouth, NH 03801-2909**
Phone: (603) 334-0700
E-mail: NVCInquiry@state.gov

May 2, 2008
||||||||||||||||||||||||||||||||||||||||||
LOKMAN AYKAL
503 N. RUSSELL ST
CHAMPAIGN, IL 61821

DEAR LOKMAN AYKAL:

Your inquiry has been received at the National Visa Center (NVC).

The NVC received notification of the beneficiary's intent to adjust status in the United States. The NVC does not process adjustment of status cases. We will hold the petition at the NVC until we are notified by the U.S. Citizenship and Immigration Services (CIS-formerly known as INS) to return the petition to them.

To apply for adjustment of status in the US you must contact the nearest CIS office and submit a copy of the approval notice (Notification of Immigrant Visa Approval) sent to the petitioner by CIS. Please note that there are certain eligibility requirements for using Form I-485 (Application to Register Permanent Residence or Adjust Status). Forms are available by calling 1 (800) 870-3676, or by submitting a request through the CIS website, www.USCIS.gov.

All future inquiries regarding adjustment of status should be directed to the CIS either through the website address listed above or by calling the USCIS National Customer Service Center. The USCIS National Customer Service number is: 1 (800) 375-5283. The TTY number is: 1 (800) 767-1833.

| | |
|---|---|
| Case Number: | ANK2006840020 |
| Petitioner's Name: | AYKAL, LISA ANNE |
| Beneficiary's Name: | AYKAL, LOKMAN |
| Preference Category: | IR1 - SPOUSE OF UNITED STATES CITIZEN |
| Your Priority Date: | 30AUG2006 |
| Foreign State Chargeability: | TURKEY |
| U.S. Embassy/Consulate: | EMBASSY OF THE UNITED STATES, VISA UNIT |
| | 110 ATATURK BLVD |
| | ANKARA |
| | TURKEY |