UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GUZMAN-RUIZ, RAUL<br>    A 95-405-083<br><br>    Plaintiffs,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary of the U.S. Department of Homeland Security; RUTH A. DOROCHOFF, District Director, U.S. Citizenship and Immigration Services; MICHAEL B. MUKASEY, U.S. Attorney General;<br><br>    Defendants. | NO.  FILED: MAY 22, 2008<br>     08CV3001         TG<br>     JUDGE GETTLEMAN<br>     MAGISTRATE JUDGE COLE |

## NOTICE OF FILING

TO:   U.S. Attorney's Office                Michael Chertoff
      Northern District of Illinois         Office of General Counsel
      219 S. Dearborn, Suite 500            U.S. Department of Homeland Security
      Chicago, IL 60604                     Washington, DC 20528
      **Via First Class Mail**              **Via First Class Mail**

      Michael Mukasey                       Ruth A. Dorochoff
      U.S. Attorney General                 USCIS
      950 Pennsylvania Avenue, N.W.         101 W. Congress Parkway
      Washington, DC 20530                  Chicago, IL 60605
      **Via First Class Mail**              **Via First Class Mail**


   PLEASE TAKE NOTICE that on May 22, 2008, Plaintiff filed with the District Court for the Northern District of Illinois, Eastern Division, his Petition for Hearing on Adjustment of Status, a copy of which is hereby served upon you as indicated above.


                                            s/ Laureen Anderson
                                            LAUREEN ANDERSON
                                            Attorney for Plaintiff

## CERTIFICATE OF SERVICE

    The undersigned attorney certifies that he caused this Notice to be served upon the above addressed by mail service or hand delivery by 5:00 p.m. on May 22, 2008.

                                  s/ Laureen Anderson
                                  LAUREEN ANDERSON
                                  Attorney for Plaintiffs

Laureen Anderson
Horn, Khalaf, Abuzir, Mitchell & Schmidt
2 North LaSalle, Suite 630
Chicago, IL 60602
Telephone: (312) 281-5444
Fax: (312) 558-9075
E-mail: landerson@hkamlaw.com