UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GUZMAN-RUIZ, RAUL<br>A 95 405 083<br><br>    Plaintiffs,<br><br>v.<br><br><br>MICHAEL CHERTOFF, Secretary of the U.S. Department of Homeland Security; RUTH A. DOROCHOFF, District Director, U.S. Citizenship and Immigration Services; MICHAEL B. MUKASEY, U.S. Attorney General;<br><br>    Defendants. | <br><br><br><br><br><br>NO. 08cv3001<br><br>Judge Gettleman |

## MOTION TO DISMISS

**NOW COME** the Plaintiff, Raul Guzman-Ruiz, by and through his attorney, Laureen Anderson of Horn, Khalaf, Abuzir, Mitchell & Schmidt, and respectfully requests that this matter be dismissed.

                                                        Respectfully submitted,
                                                        Raul Guzman-Ruiz


                                                        BY: s/ Laureen Anderson
                                                         LAUREEN ANDERSON
                                                        Attorney for Plaintiff

LAUREEN ANDERSON
Horn, Khalaf, Abuzir, Mitchell & Schmidt
2 North LaSalle, Suite 630
Chicago, IL 60602
Telephone: (312) 281-5444
Fax: (312) 558-9075
E-mail: landerson@hkamlaw.com