UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GUZMAN-RUIZ, RAUL ) <br> A 95 405 083 ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) NO. 08cv3001 <br> ) <br> MICHAEL CHERTOFF, Secretary of the U.S. ) Judge Gettleman <br> Department of Homeland Security; RUTH A. ) <br> DOROCHOFF, District Director, U.S. Citizenship ) <br> and Immigration Services; MICHAEL B. ) <br> MUKASEY, U.S. Attorney General; ) <br> ) <br> Defendants. ) | |

**NOTICE OF MOTION**

TO:   Assistant United States Attorney
      U.S. Attorney's Office
      Northern District of Illinois
      219 S. Dearborn Street, Suite 500
      Chicago, IL 60604

PLEASE TAKE NOTICE that on July 17, 2008 at the hour of 9:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Robert W. Gettleman, in courtroom #1703 in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, IL, and then and there present the attached Plaintiff's Motion to Dismiss, a copy of which is herewith served on you.

                        Respectfully submitted,
                        Raul Guzman-Ruiz

                        BY: s/ Laureen Anderson
                         LAUREEN ANDERSON
                        Attorney for Plaintiff

LAUREEN ANDERSON
Horn, Khalaf, Abuzir, Mitchell & Schmidt
2 North LaSalle, Suite 630
Chicago, IL 60602
Telephone: (312) 281-5444
Fax: (312) 558-9075
E-mail: landerson@hkamlaw.com

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that he caused this Notice to be served upon the above addressed by mail service or hand delivery by 5:00 p.m. on July 7, 2008.

                                                s/ Laureen Anderson
                                                LAUREEN ANDERSON
                                                Attorney for Plaintiffs

Laureen Anderson
Horn, Khalaf, Abuzir, Mitchell & Schmidt
2 North LaSalle, Suite 630
Chicago, IL 60602
Telephone: (312) 281-5444
Fax: (312) 558-9075
E-mail: landerson@hkamlaw.com