AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

GUZMAN-RUIZ, RAUL
A95 405 083

CASE NUMBER: 08CV3001

V.

ASSIGNED JUDGE: JUDGE GETTLEMAN

MICHAEL CHERTOFF, Secretary of the U.S. Department of Homeland Security, et. al.,

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE COLE

TO: (Name and address of Defendant)

Ruth A. Dorochoff
USCIS
101 W. Congress Parkway
Chicago, IL 60605

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Laureen Anderson
Horn, Khalaf, Abuzir, Mitchell & Schmidt, LLC
2 North LaSalle Street
Suite 630
Chicago, Illinois 60602

an answer to the complaint which is herewith served upon you, within ____60____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

**Michael W. Dobbins, Clerk**

(By) DEPUTY CLERK

May 23, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE July 8, 2008 |
| NAME OF SERVER *(PRINT)* Stanley Ciepiela | TITLE Senior Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served defendant by certified mail with return receipt.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/8/08
/Date

*Signature of Server*

Horn, Khalaf, Abuzir, Mitchell & Schmidt
2 N. LaSalle Street
Suite 630
Chicago, IL 60602
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

HORN, KHALAF, ABUZIR,
MITCHELL & SCHMIDT
2 N. LaSalle Street, Suite 630
Chicago, IL 60602

GUZMAN, RUIZ, RAUL V. CHERTOFF

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Khalaf_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery |
| 1. Article Addressed to:<br><br>RUTH A. DOROCHOFF<br>USCIS<br>101 W. CONGRESS PARKWAY<br>CHICAGO, ILLINOIS 60605 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☒ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7001 0360 0000 4307 9268 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540