AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

GUZMAN-RUIZ, RAUL
A95 405 083

V.

MICHAEL CHERTOFF, Secretary of the U.S.
Department of Homeland Security, et. al.,

| | |
|---|---|
| CASE NUMBER: | 08CV3001 |
| ASSIGNED JUDGE: | JUDGE GETTLEMAN |
| DESIGNATED MAGISTRATE JUDGE: | MAGISTRATE JUDGE COLE |

TO: (Name and address of Defendant)

Michael Mukasey
U.S. Attorney General
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Laureen Anderson
Horn, Khalaf, Abuzir, Mitchell & Schmidt, LLC
2 North LaSalle Street
Suite 630
Chicago, Illinois 60602

an answer to the complaint which is herewith served upon you, within _____ 60 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

**Michael W. Dobbins, Clerk**

**(By) DEPUTY CLERK**

**May 23, 2008**

**Date**

AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | July 8, 2008 |
| NAME OF SERVER *(PRINT)*    Stanley Ciepiela | TITLE    Senior Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☒ Other (specify):  Served defendant by certified mail with return receipt.

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    7/8/08
_____
*Date*

*Signature of Server*

Horn, Khalaf, Abuzir, Mitchell & Schmidt
2 N. LaSalle Street
Suite 630
Chicago, IL 60602
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

HORN, KHALAF, ABUZIR,
MITCHELL & SCHMIDT
2 N. LaSalle Street, Suite 630
Chicago, IL 60602

GUZMAN-RUIZ, RAUL V. CHRTOFF

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MICHAEL MUKASAY
US ATTORNEY GENERAL
950 PENNSYLVANIA AVE. NW
WASHINGTON, D.C. 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                     ☐ Addressee

B. Received by ( Printed Name )     C. Date of Delivery
   MAY 2 8 2008

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)          ☐ Yes

2. Article Number
   (Transfer from service label)

7001 0360 0000 4307 9275

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540